UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1509
_____

UNITED STATES OF AMERICA

v.

TERRENCE BYRD,
Appellant

_____

On Appeal from the District Court
for the Middle District of Pennsylvania
(M.D. Pa. Crim. No. 1-14-cr-00321-001)
Honorable William W. Caldwell, U.S. District Judge

_____

On Remand from the Supreme Court of the United States
on June 15, 2018
Submitted on Remand Under Third Circuit L.A.R. 34.1(a)
on June 18, 2018

Before: FISHER[1], KRAUSE and MELLOY[2], *Circuit Judges*
_____

ORDER
_____

The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

O R D E R E D that the petition for rehearing by the panel is GRANTED.  Pursuant to 3d

---

[1] Honorable D. Michael Fisher, United States Circuit Judge for the Third Circuit, assumed senior status on February 1, 2017.

[2] Honorable Michael J. Melloy, Senior Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation.

Cir. I.O.P. 8.3.1, the panel's previous non-precedential opinion filed August 8, 2018 is hereby VACATED. The panel is issuing an opinion and accompanying judgment contemporaneously with this order.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

DATED: November 21, 2018
PDB/cc: All Counsel of Record